## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

Rosella Lara Gutierrez,

Petitioner,

v.

Eric Rokosky, et al.,

Respondents.

No. CV-26-01651-PHX-DJH (JFM)

**ORDER**

Petitioner challenged her present immigration detention and argued she was released previously released from immigration detention and redetained without due process. (Doc. 1.)  The Court directed Respondents to show cause why the Petition should not be granted. (Doc. 3.)  Respondents' response stated

> Under the facts and circumstances of this case, Respondents do not oppose Petitioner's request for release from immigration custody at this time.

(Doc. 5.)  The Court accepts this concession as non-opposition to granting Petitioner's habeas corpus petition as to her due process claim.

**IT IS THEREFORE ORDERED** Petitioner's Petition for Writ of Habeas Corpus (Doc. 1) is **granted** as to her due process claim.  The remainder of the petition is denied as moot.

**IT IS FURTHER ORDERED** Respondents must immediately release Petitioner from custody under the same conditions that existed before her detention.

**IT IS FURTHER ORDERED** Respondents must provide a notice of compliance

within two business days of Petitioner's release.

**IT IS FINALLY ORDERED** any pending motions are denied as moot and the Clerk of Court shall enter judgment in Petitioner's favor and close this case.

Dated this 31st day of March, 2026.

Honorable Diane J. Humetewa
United States District Judge